**FILED**

Jul 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>        Defendant. | Case No. 3:21-cv-03638-TSH<br><br>[Assigned to Honorable Magistrate Judge Thomas S. Hixson]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION** |

# ~~[PROPOSED]~~ ORDER

Having reviewed the parties' Stipulation to Arbitrate and Stay Action, and finding good cause, the Stipulation is **GRANTED**.

The case is stayed pending completion of arbitration proceedings between the parties pursuant to the terms of the arbitration provision contained in the borrower agreement attached to the Stipulation as <u>Exhibit 1</u>.

IT IS SO ORDERED.

DATED: July 8, 2021

_____
Honorable Magistrate Judge
Thomas S. Hixson