UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE KELLY,<br><br>        Plaintiff,<br><br>    v.<br><br>LENDINGCLUB CORPORATION,<br><br>        Defendant. | Case No. 21-cv-03638-TSH<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

On July 8, 2021, the Court granted the parties' stipulation to stay this case pending completion of arbitration proceedings. ECF No. 13. As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to terminate this case for statistical purposes only. Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: July 8, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge